**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>ARROYO-BOYZO, ALICIA | CRIMINAL COMPLAINT<br>CASE: 10-20374MP<br>Citizenship: MEXICO |

   I state that I am a Border Patrol Agent and that this complaint is based on the following facts: That on or about January 7, 2010, at or near Naco, Arizona, in the District of Arizona, Alicia ARROYO-Boyzo, an alien, did unlawfully enter the United States of America from the United States of Mexico, at a time and place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325.

Alicia ARROYO-Boyzo, an alien, was found by agents in the United States of America without proper immigration documents. Furthermore, Alicia ARROYO-Boyzo admitted to entering the United States of America from the United States of Mexico illegally, without then being inspected by immigration officers, on January 7, 2010, at or near Naco, Arizona.

| | |
|---|---|
| 01/08/2010<br>File Date | at Tucson, Arizona |

Signature of Complainant

Sworn to before me and subscribed in my presence,

Honorable Hector Estrada
United States Magistrate Judge

Signature of Judicial Officer

FBI Number: 728100FD6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA, TUCSON DIVISION**

UNITED STATES OF AMERICA
vs.
ARROYO-BOYZO, ALICIA

CRIMINAL COMPLAINT
CASE: 10-20374MP

**JUDGMENT IN A CRIMINAL CASE (For A Petty Offense) - Short Form**

The Defendant, ARROYO-BOYZO, ALICIA , was represented by counsel, Rosemarie Valdez (FPD).

The defendant pled guilty to the complaint on 01/08/2010. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325(a)(1) | Illegal Entry | 01/07/2010 |

As pronounced on 01/08/2010, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of Time Served. The sentence is imposed to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 19 U.S.C. § 3013 is hereby remitted pursuant to 19 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Signed on Friday, January 08, 2010.

Honorable Hector Estrada
United States Magistrate Judge

Arresting Agency: TCA
FBI Number: 728100FD6

| UNITED STATES DISTRICT COURT | MAGISTRATE JUDGE'S MINUTES |
|---|---|
| DISTRICT OF ARIZONA - TUCSON | |

Date: 01/08/2010      Case Number: 10-20374MP

USA vs. **ALICIA ARROYO-BOYZO**

U.S. MAGISTRATE JUDGE: HECTOR ESTRADA      Judge AO Code: 70BQ
ASSIGNED U.S. Attorney: Christopher Lewis      INTERPRETER REQ'D: Joyce Garcia
Attorney for Defendant: Rosemarie Valdez (FPD)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be      **Same**
[X] Petty Offense    [X] Date of Arrest:    **01/07/2010**
[X] Arr/Plea of Guilty entered as to the Complaint.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Time waived for passage of sentence.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of    **TIME SERVED**

[X] Imposition of Special Assessmant is waived by the USA.
[X] Defendant advised of right to appeal.
[X] Waiver of right to appeal explained.

OTHER:   Rosemarie Valdez (FPD) is appointed as attorney of record for defendant.

|  | Recorded by Courtsmart | COP: 1 |
|---|---|---|
|  | BY: Selina Bostwick | Sent: 0 |
|  | Deputy Clerk | IA: 0 |